IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00341-D

UNITED STATES OF AMERICA    :
    :
v.    :
    :
DUSTIN LEE BISHOP    :

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 10, 2020, this Court entered a Preliminary Order of Forfeiture preliminarily forfeiting the following property to the United States pursuant to 18 U.S.C. § 2253:

- Samsung Galaxy, model S8SM-G950U, with power cord;

- Seagate 250 GB hard drive, serial number 5SW3BB2K;

- Toshiba Satellite computer, model C855DS5303, serial number YC285423Q;

- Hitachi 320 GB hard drive, serial number 120908E2M312BL16550P;

- SanDisk Cruzer 32 GB USB flash drive, orange in color;

- SanDisk Cruzer 32 GB USB flash drive, white and red in color;

- Hewlett Packard 4 GB USB stick, black and red in color;

- Hewlett Packard 16 GB USB flash drive, black in color ;

- 4 GB micro SD card;

- SanDisk 1 GB micro SD card;

- SanDisk 4 GB micro SD card; and

- 4 GB HC micro SD card;

1

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between April 10, 2020 and May 9, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the subject property on June 1, 2020 while in the custody of the Federal Bureau of Investigation;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's March 10, 2020 Preliminary Order of Forfeiture;

AND WHEREAS, the Court finds that the defendant has a forfeitable interest in the property, and that no amendment to the Preliminary Order of Forfeiture is necessary to account for any third-party rights.

It is HEREBY ORDERED, ADJUDGED, and DECREED:

1.     That the subject property listed in the March 10, 2020 Preliminary Order of Forfeiture is hereby forfeited to the United States, and all right, title, and interest thereto is hereby vested in the United States. The Federal Bureau of Investigation is directed to dispose of the property according to law, including destruction.

2

SO ORDERED this 19 day of July , 2021.

JAMES C. DEVER III
United States District Judge

3